# KENNETH J. SCHREIBER, ESQ.
*Attorneys at Law*
*125-10 Queens Boulevard*
*Suite 5 – Silver Towers*
*Kew Gardens, New York 11415*
*(718) 261-4040 (Office) – (718) 261-2129 (Fax)*
*schreiberlaw@queenscrimlaw.com*

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
MAR - 2012 ★
BROOKLYN OFFICE

KENNETH J. SCHREIBER
ROBERT E. SPARROW (Retired)
STEPHEN J. SINGER (Retired)

SIDNEY G. SPARROW (Founder 1936)
MARIA ASARO (Paralegal)

February 24, 2012

**VIA MAIL/ELECTRONIC FILING/FAX (718) 613-2466**
Honorable Sterling Johnson Jr.
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States of America v. Eduard Bodrunov, et. al.
      Case Number 1:10 CR 00459 DGT
      Sentenced: January 27, 2012, 2:00pm – Courtroom 8D
      Eastern District of New York

Dear Judge Johnson:

I represent defendant Eduard Bodrunov in the above matter, who was sentenced by Your Honor to a 41-month term of imprisonment on January 27, 2012. While we are grateful that the Court graciously consented to our request to recommend that the Bureau of Prisons (BOP) designates Mr. Bodrunov to the camp facility at FCI Otisville or FCI Fort Dix (we were just informed that Mr. Bodrunov has been designated to the Otisville camp), we write to respectfully request a change in that recommendation.

I apologize for burdening the Court, but I am compelled to write -- *with the Government's consent* - with a request for your judicial recommendation that Mr. Bodrunov be designated to the Satellite Prison Camp (SPC) at FCI McKean in Lewis Run, Pennsylvania. We ask for this recommendation from the Court for two reasons: 1) SPC McKean offers the Residential Drug Abuse Program (RDAP) which is the most intensive treatment program offered by the Bureau of Prisons (BOP) and would help this defendant to receive the alcohol treatment he needs; 2) the inmate population at SPC McKean includes several Russian-speaking individuals who can assist Mr. Bodrunov in his adjustment to the conditions of institutional life.

→ Request is GRANTED. SO ORDERED.         /s/(SJ)
                                          U.S.D.J.
                                          2/27/12

As the Court will recall, Mr. Bodrunov was charged approximately 7 months before his arrest in the instant offense with Driving Under the Influence. The defendant has struggled with his abusive intake of alcohol for decades, having led to his divorce from his wife, Irina, in 1999.[1] Mr. Bodrunov would most certainly benefit from the RDAP and it would allow him to return home to his wife and daughter prepared to take on the task of rebuilding his life. SPC McKean is one of only two camps in the Northeast Region which offers the RDAP.[2]

Counsel has been informed that the BOP will reconsider Mr. Bodrunov's assignment, and <u>may</u> attempt to place him in a different facility, only if the Court makes a recommendation for a new *minimum-security* facility <u>and</u> recommends that the defendant participate in the RDAP. Given these requirements, we respectfully request that Court recommend the Bureau of Prisons re-designate Mr. Bodrunov to the Satellite Prison Camp at FCI McKean via an Amended Judgment Order.

I have taken the liberty of drafting an Order for Your Honor's signature, and pray the court will execute it given the information provided in this correspondence.

We thank the Court for its time, and remain available for any questions or concerns.


Respectfully submitted,

/s/

KENNETH J. SCHREIBER
KJS/

---

[1] As the Court may recall, Irina and Eduard reconciled their relationship in 2006 and remain in a committed relationship today.

[2] The other RDAP camp in the Northeast Region is SPC Lewisburg.

cc: **VIA MAIL/ELECTRONIC FILING/FAX (718) 254-6669**
Daniel Brownell, Esq.
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

**VIA MAIL/ELECTRONIC FILING/FAX (718) 613-2568**
Pre Trial Officer Lourdes Vasquez
Pre Trial Services
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**VIA MAIL/ELECTRONIC FILING/FAX (347) 534-3620**
United States Probation Officer Sindee J. Haasnoot
United States Department of Probation
Eastern District of New York
75 Clinton Street
Brooklyn, New York 11201

**VIA MAIL**
Mr. Eduard Bodrunov
38 Foch Avenue
Staten island, New York 10305

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, )
)
    Plaintiff )
)
v. )  10-CR-0459-02 (SJ)
)  ORDER
EDUARD BODRUNOV, )
)
    Defendant )
)

---

**STERLING JOHNSON, JR., SENIOR DISTRICT JUDGE:**

Having reviewed Petitioner's above-styled Motion, based upon this Court's Judgment Order issued February 9, 2012, and having considered Bureau of Prisons' designation policies and discretion, and Court being otherwise duly advised that the defendant has been designated to SPC Otisville, the Court hereby:

    1. **ORDERS** that the judicial recommendation for designation in this case be amended;

    2. **RECOMMENDS** that the Federal Bureau of Prisons re-designate defendant to the Satellite Camp at FCI McKean to allow this defendant to participate in the RDAP; and,

    3. **ORDERS** that this notice be forwarded forthwith to the United States Marshals Office, Eastern District of New York (Brooklyn Office), and in turn the USMS deliver a true copy of this order to the Federal Bureau of Prisons, Designation and Sentence Computation Center.

**SO ORDERED**

Dated: _____, 2012

                                                        Honorable Sterling Johnson, Jr.
                                                        Senior United States District Judge